8/18/2015 4:09:51 PM
Sheri Woodfin, District Clerk
Tom Green County, Texas

CAUSE NO. _D150358C_____

| | | |
|---|---|---|
| HELEN CHANDLER | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| V. | § | _____ JUDICIAL COURT |
| | § | |
| STATE AUTO PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY, | § | |
| KAREN SNAVELY, AND | § | |
| GARY CONNEL | § | TOM GREEN COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW Comes Helen Chandler, hereinafter referred to as "Plaintiff," complaining of Defendants, State Auto Property & Casualty Insurance Company, Karen Snavely and Gary Michael Connel (hereinafter collectively referred to as "Defendants") and hereby respectfully shows unto the Court and Jury as follows:

### I. DISCOVERY CONTROL PLAN

Plaintiff intends for discovery to be conducted under Level 3 of Rule 190 of the Texas Rules of Civil Procedure. This case involves complex issues and will require extensive discovery. Therefore, Plaintiff asks the Court to order that discovery be conducted in accordance with a discovery control plan tailored to the particular circumstances of this suit.

### II. PARTIES

Plaintiff, Helen Chandler, is an individual and resident of Texas.

Defendant, State Auto Property & Casualty Insurance Company ("State Auto"), is a foreign insurance company that, on information and belief, is licensed to conduct the business of insurance in Texas and/or has its principal place of business located in Texas. Additionally, one


EXHIBIT
A-1

or more of State Auto's "members" are citizens of Texas. It can be served with citation by serving its registered agent, the Corporation Service Company, by certified mail, return receipt requested, at 211 East 7th Street, Suite 620, Austin, TX 78701.

Defendant, Karen Snavely ("Snavely"), is a citizen of Ohio who can be served with process by certified mail, return receipt requested, at 6490 Crab Apple Dr., Canal Winchestr, OH 43110, or wherever else she may be found.

Defendant, Gary Michael Connel ("Connel"), is a citizen of Texas who can be served with process by certified mail, return receipt requested, at 1801 Hickory Ridge Cove, Round Rock, TX 78665, or wherever else he may be found.

## III. JURISDICTION AND VENUE

This Court has jurisdiction over this case in that the amount in controversy exceeds the minimum jurisdictional limits of this Court.

Venue is mandatory and proper in Tom Green County, Texas, because all or a substantial part of the events giving rise to the lawsuit occurred in this county (*see* Tex. Civ. Prac. & Rem. Code §15.002) and the insured property that is the basis of this lawsuit is located in Tom Green County, Texas. *See* Tex. Ins. Code §2210.552 and Tex. Civ. Prac. & Rem. Code §15.032 (see below). Venue is proper and mandatory in Tom Green County against all the Defendants in this case because venue is mandatory and/or proper against at least one Defendant and all claims or actions in this case arise out of the same transaction, occurrence, or series of transaction or occurrences. *See* Tex. Civ. Prac. & Rem. Code §15.005.

## IV.  CONDITIONS PRECEDENT

All conditions precedent to recovery have been performed, waived, or have occurred.

## V. FACTS

A.    Plaintiff is the owner of insurance Policy Number HTX 0038248 issued by Defendant State Auto (hereinafter referred to as the "Policy").

B.    Plaintiff owned the insured property, which is specifically located at 2801 Hemlock Dr., San Angelo, Tom Green County, TX 76904 on May 7, 2014 (hereinafter referred to as the "Property").

C.    Defendant State Auto or its agent sold the Policy, insuring the Property, to Plaintiffs.

D.    On or about May 7, 2014, a wind and hailstorm struck the San Angelo, Texas area causing severe damage to homes and businesses throughout the area, including Plaintiff's Property.

E.    Plaintiff submitted a claim to State Auto against the Policy for roof damage and water damage the Property sustained as a result of the wind and hailstorm.  Plaintiff asked that State Auto cover the cost of repairs to the Property pursuant to the Policy and any other available coverages under the Policy.

F.    Defendants have assigned claim number PR-0000000-058853 to Plaintiff's claim.

G.    Defendants Snavely and Connel were the agents for State Auto and represented State in regard to Plaintiff's claim. Snavely and Connel also adjusted the Plaintiff's claim by investigating, processing, evaluating, approving, and/or denying, in whole or in part, Plaintiffs' claim.  As such, Snavely and Connel acted as an insurance adjusters engaged in the business of insurance with respect to the Plaintiff's insurance claim.  Therefore, Snavely and Connel are "persons" who are individually liable for their unfair methods of competition or unfair or deceptive acts or practices under the Texas Insurance Code and the DTPA. Furthermore, Snavely and Connel acted as the agents and representatives for State in this claim.

H.   Defendants Snavely and Connel improperly adjusted the Plaintiff's claim. Defendants Snavely and Connel conducted a substandard inspection, which are evidenced in their reports, which failed to include many of Plaintiff's damages.[1] Their estimates did not allow adequate funds to cover repairs to restore Plaintiff's home. Without limitation, Snavely and Connel misrepresented the cause of, scope of, and cost to repair the damage to Plaintiff's Property, as well as the amount of and insurance coverage for Plaintiff's claim/loss under Plaintiff's insurance policy.[2] Snavely and Connel made these and other misrepresentations to Plaintiff as well as to State Auto. Plaintiff and State Auto both relied on Snavely's and Connel's misrepresentations, including but not limited those regarding the cause of, scope of, and cost to repair the damage to Plaintiff's Property, and Plaintiff has been damaged as a result of such reliance. Snavely's and Connel's misrepresentations caused State Auto to underpay Plaintiff on her insurance claim and, as such, Plaintiff has not been able to properly and completely repair the damages to Plaintiff's property. This has caused additional, further damage to Plaintiff's property. Snavely and Connel also advised Plaintiff as to how she could repair her Property so as to prevent further damage to the Plaintiff's Property.[3] This advice was negligent and false because it turns out Plaintiff could not properly repair her Property and prevent future damage by following Snavely's and Connel's advice. Plaintiff's Property has sustained further damages as a result.

---

[1] See Plaintiff's Exhibit "A" "B" and "C": Defendant Snavely's Denial Letter dated June 30, 2014 and Defendant Connel's Adjustment Report dated June 30, 2014 and Haag Engineering Report Completed for Defendant dated September 12, 2014.
[2] Id.
[3] Id.

I.    Defendants State Auto and Snavely misrepresented that the damages caused the wind and hailstorm were only $229.95.[4]  However, Defendants' representations were false because Plaintiff's wind and hailstorm damages exceed $33,000.00 and were caused by a covered occurrence.

J.    Defendants State Auto and Connel misrepresented that the damages caused by the wind and hailstorm were under the policy deductible.[5]  However, Defendants' representations were false because Plaintiff's wind and hailstorm damages exceed $33,000.00 and were caused by a covered occurrence.

K.    Defendants State Auto, Snavely and Connel failed to properly adjust the claims and Defendants have denied at least a portion of the claims without an adequate investigation, even though the Policy provided coverage for losses such as those suffered by Plaintiff.

L.    These false representations allowed Defendants to financially gain by wrongfully denying at least a portion of Plaintiff's claim.

M.    Plaintiff's claim(s) still remain unpaid and the Plaintiff still has not been able to properly repair the Property.

N.    Defendant State Auto failed to perform its contractual duty to adequately compensate Plaintiff under the terms of the Policy.  Specifically, Defendant failed and refused to pay the full proceeds of the Policy, although due demand was made for proceeds to be paid in an amount sufficient to cover the damaged Property and all conditions precedent to recovery upon the Policy had been carried out and accomplished by Plaintiff.  Defendant's conduct constitutes a breach of the insurance contract between Defendant and Plaintiff.

---

[4] *Id.*
[5] *Id.*

O.    Defendants misrepresented to Plaintiff that the damage to the Property was not covered under the Policy, even though the damage was caused by a covered occurrence. Defendants' conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE Section 541.060(a)(1).

P.    Defendants failed to make an attempt to settle Plaintiff's claim in a fair manner, although they were aware of their liability to Plaintiff under the Policy. Defendants' conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE Section 541.060 (a)(2)(A).

Q.    Defendants failed to explain to Plaintiff the reasons for their offer of an inadequate settlement. Specifically, Defendants failed to offer Plaintiff adequate compensation, without any explanation why full payment was not being made. Furthermore, Defendants did not communicate that any future settlements or payments would be forthcoming to pay for the entire losses covered under the Policy, nor did they provide any explanation for the failure to adequately settle Plaintiff's claim. TEX. INS. CODE Section 541.060(a)(3).

R.    Defendants failed to affirm or deny coverage of Plaintiff's claim within a reasonable time. Specifically, Plaintiff did not receive timely indication of acceptance or rejection, regarding the full and entire claim, in writing from Defendants. Defendants' conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE Section 541.060(a)(4).

S.    Defendants refused to fully compensate Plaintiff, under the terms of the Policy, even though Defendants failed to conduct a reasonable investigation. Specifically, Defendants performed an outcome-oriented investigation of Plaintiff's claim, which resulted in a biased, unfair and inequitable evaluation of Plaintiff's losses to the Property. Defendants' conduct

constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. TEX. INS. CODE Section 541.060 (a)(7).

T.  Defendants failed to meet their obligations under the Texas Insurance Code regarding timely acknowledging Plaintiff's claim, beginning an investigation of Plaintiff's claim and requesting all information reasonably necessary to investigate Plaintiff's claim within the statutorily mandated deadline. Defendants' conduct constitutes violation of the Texas Insurance Code, Prompt Payment of Claims, TEX. INS. CODE Section 542.055.

U.  Defendants failed to accept or deny Plaintiff's full and entire claim within the statutory mandated deadline of receiving all necessary information. Defendants' conduct constitutes violation of the Texas Insurance Code, Prompt Payment of Claims. TEX. INS. CODE Section 542.056.

V.  Defendants failed to meet their obligations under the Texas Insurance Code regarding payment of claim without delay. Specifically, Defendants have delayed full payment of Plaintiff's claim longer than allowed and, to date, Plaintiff has not yet received full payment for her claim. Defendants' conduct constitutes violation of the Texas Insurance Code, Prompt Payment of Claims, TEX. INS. CODE Section 542.058.

W.  From and after the time Plaintiff's claim was presented to Defendants, the liability of Defendants to pay the full claim in accordance with the terms of the Policy was reasonably clear. However, Defendants have refused to pay Plaintiff in full, despite there being no basis whatsoever on which a reasonable insurance company would have relied to deny the full payment. Defendants' conduct constitutes a breach of the common law duty of good faith and fair dealing.

X.      *As a result of Defendants' wrongful acts and omissions, Plaintiff was forced to retain the professional services of the attorney and law firm who is representing Plaintiff with respect to these causes of action.*

Y.      *Plaintiff's experience is not an isolated case. The acts and omissions of Defendants committed in this case, or similar acts and omissions, occur with such frequency that they constitute a general business practice of Defendants with regard to handling these types of claims. Defendants' entire process is unfairly designed to reach favorable outcomes for the company at the expense of the policyholder.*

## VI. THEORIES OF LIABILITY

### A. Cause of Action for Breach of Contract Against State Auto

*Plaintiff realleges and incorporates by reference all previous and subsequent paragraphs herein.*

According to the Insurance Policy that Plaintiffs purchased, State Auto has the duty to investigate and pay Plaintiff's policy benefits for claims made for covered damages, including additional benefits under the Policy, resulting from the wind and hailstorm. As a result of the *wind and hailstorm and/or ensuing losses from the wind and hailstorm*, both of which are covered perils under the Policy, Plaintiff's Property has been damaged.

Defendant's failure and refusal, as described above, to pay the adequate compensation as it is obligated to do under the terms of the Policy in question and under the laws of the State of Texas, constitutes a breach of Defendant's contract with Plaintiff. As a result of this breach of *contract, Plaintiff has suffered the damages that are described in this petition.*

### B. Cause of Action for Violation of Section 542 Against State Auto, Snavely and Connel

Plaintiff realleges and incorporates by reference all previous and subsequent paragraphs herein.

Defendants' acts, omissions, failures and conduct that are described in this petition violate Section 542 of the Texas Insurance Code. Within the timeframe required after the receipt of either actual or written notice of Plaintiff's claim, Defendants did not request from Plaintiff any items, statements, and forms that they reasonably believed at that time would be required from Plaintiff for Plaintiff's claim. As a result, Defendants have violated Section 542 by failing to accept or reject Plaintiff's claim in writing within the statutory timeframe. Defendants also violated Section 542 by failing to pay Plaintiff's claim within the applicable statutory period. In addition, in the event it is determined Defendants owe Plaintiff any additional monies on Plaintiffs' claim, Defendants have automatically violated Section 542 in this case.

## C. DTPA Cause of Action Against State Auto, Snavely and Connel

Plaintiff realleges and incorporates by reference all previous and subsequent paragraphs herein.

Plaintiff incorporates all the allegations in this petition for this cause of action against Defendants under the provisions of the DTPA. Plaintiff is a consumer of goods and services provided by Defendants pursuant to the DTPA. Plaintiff has met all conditions precedent to bringing this cause of action against Defendants. Specifically, Defendants' violations of the DTPA include, without limitation, the following matters:

By their acts, omissions, failures, and conduct that are described in this petition, Defendants have violated Sections 17.46 (b)(2), (5), (7), (9), (12), (20) and (24) of the DTPA. In this respect, Defendants' violations include, without limitation, (1) their unreasonable delays in the investigation, adjustment and resolution of Plaintiff's claim, (2) their failure to give Plaintiff

the benefit of the doubt, and (3) their failure to pay for the proper repair of Plaintiff's home on which liability had become reasonably clear, which gives Plaintiff the right to recover under Section 17.46 (b)(2).

As described in this petition, Defendants represented to Plaintiff that their insurance policy and Defendants' adjusting and investigative services had characteristics or benefits that it did not have, which gives Plaintiff the right to recover under Section 17.46 (b)(5) of the DTPA;

As described in this petition, Defendants represented to Plaintiff that their insurance policy and Defendants' adjusting and investigative services were of a particular standard, quality, or grade when they were of another in violation of Section 17.46 (b)(7) of the DTPA;

As described in this petition, Defendants advertised their insurance policy and adjusting and investigative services with intent not to sell them as advertised in violation of Section 17.46 (b)(9) of the DTPA;

As described in this petition, Defendants represented to Plaintiff that their insurance policy and Defendants' adjusting and investigative services conferred or involved rights, remedies, or obligations that it did not have, which gives Plaintiff the right to recover under Section 17.46 (b)(12) of the DTPA;

As described in this petition, Defendants failed to disclose information concerning goods or services which were known at the time of the transaction and such failure to disclose was intended to induce Plaintiff into a transaction into which the Plaintiff would not have entered had the information been disclosed, which gives Plaintiff the right to recover under Section 17.46 (b)(24) of the DTPA;

Defendants have breached an express warranty that the damage caused by the wind and hailstorm would be covered under the insurance policies. This breach entitles Plaintiff to recover under Sections 17.46 (b)(12) and (20) and 17.50 (a)(2) of the DTPA;

Defendants' actions, as described in this petition, are unconscionable in that they took advantage of Plaintiff's lack of knowledge, ability, and experience to a grossly unfair degree. Defendants' unconscionable conduct gives Plaintiff the right to relief under Section 17.50(a)(3) of the DTPA; and

Defendants' conduct, acts, omissions, and failures, as described in this petition, are unfair practices in the business of insurance in violation of Section 17.50 (a)(4) of the DTPA.

All of the above-described acts, omissions, and failures of Defendants are a producing cause of Plaintiff's damages that are described in this petition. All of the above-described acts, omissions, and failures of Defendants were done knowingly and intentionally as those terms are used in the Texas Deceptive Trade Practices Act.

**D. Cause of Action for Unfair Insurance Practices Against State Auto, Snavely and Connel**

Plaintiff realleges and incorporates by reference all previous and subsequent paragraphs herein.

Plaintiff incorporates all the allegations in this petition for this cause of action against Defendants under the Texas Insurance Code. Plaintiff has satisfied all conditions precedent to bringing this cause of action. By their acts, omissions, failures, and conduct, Defendants have engaged in unfair and deceptive acts or practices in the business of insurance in violation of 541 of the Texas Insurance Code. Such violations include, without limitation, all the conduct described in this petition plus Defendants' unreasonable delays in the investigation, adjustment, and resolution of Plaintiff's claim and Defendants' failure to pay for the proper repair of

Plaintiff's home on which liability had become reasonably clear. They further include Defendants' failure to give Plaintiff the benefit of the doubt. Specifically, Defendants are guilty of the following unfair insurance practices:

A. Engaging in false, misleading, and deceptive acts or practices in the business of insurance in this case;

B. Engaging in unfair claims settlement practices;

C. Misrepresenting to Plaintiff pertinent facts or policy provisions relating to the coverage at issue;

D. Not attempting in good faith to effectuate a prompt, fair, and equitable settlement of claims submitted in which liability has become reasonably clear;

E. Failing to affirm or deny coverage of Plaintiff's claim within a reasonable time;

F. Refusing to pay Plaintiff's claim without conducting a reasonable investigation with respect to the claim; and

G. Failing to provide promptly to a policyholder a reasonable explanation of the basis in the insurance policy in relation to the facts or applicable law for the denial of a claim or for the offer of a company's settlement.

Defendants have also breached the Texas Insurance Code when they breached their duty of good faith and fair dealing. Defendants' conduct as described herein has resulted in Plaintiff's damages that are described in this petition.

All of the above-described acts, omissions, and failures of Defendants were done knowingly as that term is used in the Texas Insurance Code.

**E.  Cause of Action for Breach of Duty of Good Faith and Fair Dealing Against State Auto, Snavely and Connel**

Plaintiff realleges and incorporates by reference all previous and subsequent paragraphs herein.

Plaintiff incorporates all the allegations of the preceding paragraphs for this cause of action. By their acts, omissions, failures and conduct, Defendants have breached their common law duty of good faith and fair dealing by failing to pay the proper amounts on Plaintiff's entire claim without any reasonable basis and by failing to conduct a reasonable investigation to determine whether there was a reasonable basis for this denial. Defendants have also breached this duty by unreasonably delaying payment of Plaintiff's entire claim and by failing to settle Plaintiff's entire claim because Defendants knew or should have known that it was reasonably clear that the claim was covered. These acts, omissions, failures, and conduct of Defendants are a proximate cause of Plaintiff's damages.

## F.  Cause of Action for Fraud Against State Auto, Snavely and Connel

Plaintiff realleges and incorporates by reference all previous and subsequent paragraphs herein.

Plaintiff incorporates all the allegations of the preceding paragraphs for this cause of action. The Defendants, jointly and severally, made false representations and/or false promises to Plaintiff. These false representations and/or false promises made by the Defendants were material misrepresentations or omissions of fact upon which the Defendants intended that Plaintiff would rely, and upon which Plaintiff did reasonably rely to her detriment. The representations and/or promises by the Defendants were false and were made either intentionally or recklessly without regard to their truth or falsity and with the intent to induce Plaintiff into purchasing the insurance policy at issue and/or to accept as true and correct the adjustment of Plaintiff's claim. As a result of the material misrepresentations and omissions upon which

Plaintiff detrimentally relied, Plaintiff has suffered damages substantially in excess of the minimum jurisdictional limits of this Court.

The fraudulent acts and/or omissions of the Defendants, as set forth herein, are sufficient, under Chapter 41 of the Texas Civil Practices and Remedies Code, to justify the imposition of punitive damages against Defendants.

Plaintiff seeks herein, as a result of the Defendants' fraud, Plaintiff's actual damages, consequential damages, incidental damages, compensatory damages, mental anguish damages, punitive damages, costs of court, pre-judgment interest, and post-judgment interest.

## G.   Cause of Action for Conspiracy Against State, Snavely and Connel

Plaintiff realleges and incorporates by reference all previous and subsequent paragraphs herein.

Plaintiff incorporates all the allegations of the preceding paragraphs for this cause of action.   The Defendants were members of a combination of two persons; the object of the combination was to accomplish an unlawful purpose and/or a lawful purpose by unlawful means as set forth in the factual allegations and causes of action detailed above, including, but not limited to, to violate the DTPA, to violate Section 542 and 541 of the Texas Insurance Code, to commit unfair and deceptive insurance practices, to commit fraud and fraudulent inducement, to commit breaches of contract, and to commit breaches of the duty of good faith and fair dealing; the Defendants had a meeting of the minds on the object or course of action; one or more of the Defendants committed an unlawful, overt act, including, but not limited to violating the DTPA, violating Section 542 and 541 of the Texas Insurance Code, committing unfair and deceptive insurance practices, committing fraud and fraudulent inducement, committing breaches of contract, and committing breaches of the duty of good faith and fair dealing to further the object

or course of action which, among other things, was intended to deprive the Plaintiff of the benefit and coverage of the insurance Policy that she purchased; and Plaintiff suffered injury as a proximate result of the wrongful act(s) and/or omission(s).

The conspiratorial acts committed by the Defendants set forth herein were committed with gross negligence, fraud and/or malice, as those terms are used in Chapter 41 of the Texas Civil Practices and Remedies Code, such as to justify the imposition of punitive damages against the Defendants.

Plaintiff seeks, as a result of the Defendants' conspiracy as set forth herein, Plaintiff's actual damages, consequential damages, incidental damages, compensatory damages, mental anguish damages, punitive damages, pre-judgment interest, post-judgment interest, costs of court, expenses of the litigation, and reasonable and necessary attorneys' fees through trial and all appeals in this matter, as allowed by law.

## H. Cause of Action for Aiding and Abetting Against State, Snavely and Connel

Plaintiff realleges and incorporates by reference all previous and subsequent paragraphs and allegations herein.

### 1. Assisting or Encouraging

The Defendants committed a tort or torts against the Plaintiff, as described and pled for herein, including, but not limited to, to violate the DTPA, to violate Section 542 and 541 of the Texas Insurance Code, to commit unfair and deceptive insurance practices, to commit fraud and fraudulent inducement, to commit breaches of contract, and to commit breaches of the duty of good faith and fair dealing. The other Defendant(s) had knowledge that the primary actor's conduct constituted a tort or torts. The other Defendant(s) had the intent to assist the primary actor in committing the tort(s). The other Defendant(s) gave the primary actor assistance or

encouragement. The other Defendant(s)' assistance or encouragement was a substantial factor in causing the tort(s). Therefore, all of the Defendant(s) are considered tortfeasors and are responsible for the consequences of the tort(s), including joint and several liability for the damages suffered by the Plaintiff as described herein.

The assisting or encouraging "aiding and abetting" acts committed by the Defendants set forth herein were committed with gross negligence, fraud and/or malice, as those terms are used in Chapter 41 of the Texas Civil Practices and Remedies Code, such as to justify the imposition of punitive damages against the Defendants.

Plaintiff seeks, as a result of the Defendants' assisting or encouraging "aiding and abetting" acts as set forth herein, Plaintiff's actual damages, consequential damages, incidental damages, compensatory damages, mental anguish damages, punitive damages, attorney's fees through trial and all appeals in this matter, expert witness fees, costs of court, costs for copies of depositions, pre-judgment interest, and post-judgment interest, as allowed by law.

### 2. Assisting and Participating

The Defendants committed a tort or torts against the Plaintiff, as described and pled for herein, including, but not limited to, to violate the DTPA, to violate Section 542 and 541 of the Texas Insurance Code, to commit unfair and deceptive insurance practices, to commit fraud and fraudulent inducement, to commit breaches of contract, and to commit breaches of the duty of good faith and fair dealing. The primary actor's activity accomplished a tortious result. The other Defendant(s) provided substantial assistance to the primary actor in accomplishing the tortious result. The other Defendant(s)' own conduct, separate from the primary actor's, was a breach of duty to the Plaintiff. The other Defendant(s)' participation was a substantial factor in causing the tort or torts. Therefore, all of the Defendants are considered tortfeasors and are

responsible for the consequences of the tort(s), including joint and several liability for the damages suffered by the Plaintiff as described herein.

The assisting and participating "aiding and abetting" acts committed by the Defendants set forth herein were committed with gross negligence, fraud and/or malice, as those terms are used in Chapter 41 of the Texas Civil Practices and Remedies Code, such as to justify the imposition of punitive damages against the Defendants.

Plaintiff seeks, as a result of the Defendants' assisting and participating "aiding and abetting" acts as set forth herein, Plaintiff's actual damages, consequential damages, incidental damages, compensatory damages, mental anguish damages, punitive damages, attorney's fees through trial and all appeals in this matter, expert witness fees, costs of court, costs for copies of depositions, pre-judgment interest, and post-judgment interest, as allowed by law.

## I. Cause of Action for Negligence and Gross Negligence Against Snavely and Connel

Plaintiff realleges and incorporates by reference all previous paragraphs and allegations herein.

The Defendants Snavely and Connel were negligent in giving advice to Plaintiff as to how she could repair her Property so as to prevent further damage to the Plaintiff's Property. This advice as to how to repair Plaintiff's Property was negligent because Plaintiff could not properly repair her Property and prevent future damage by following Snavely's and Connel's advice. Plaintiff's Property has sustained further damages as a result. Snavely and Connel owed a duty to use reasonable care when he undertook to advise the Plaintiffs as to how she could repair her Property so as to prevent further damage to the Plaintiff's Property. Defendants Snavely and Connel breached this legal duty. The breach proximately caused injury to the Plaintiff.

The acts and failures to act set forth herein were committed with gross negligence, *as this term is used in Chapter 41 of the Texas Civil Practices and Remedies Code*, such as to justify the imposition of exemplary damages against the Defendants Snavely and Connel.

## J. Cause of Action for Negligent Misrepresentation Against Snavely and Connel

Plaintiff realleges and incorporates by reference all previous and subsequent paragraphs and allegations herein.

Additionally and/or in the alternative, the above and foregoing acts and omissions of Defendants Snavely and Connel constitute negligent misrepresentations that have caused damages to Plaintiff. Snavely and Connel made representations to Plaintiff in the course of Plaintiff's business or in a transaction in which Defendants had an interest. The Defendants supplied false information for the guidance of others, including Plaintiff. The Defendants did not exercise reasonable care or competence in obtaining or communicating the information to Plaintiff. Plaintiff justifiably relied upon such representations, and the Defendants' negligent misrepresentations proximately caused further damages to Plaintiff's Property.

The misrepresentations, acts and/or failures to act set forth herein were committed with gross negligence, fraud and/or malice, *as those terms are used in Chapter 41 of the Texas Civil Practices and Remedies Code*, such as to justify the imposition of punitive damages against Defendants Snavely and Connel.

Plaintiff seeks herein, as a result of Defendants' negligent misrepresentations, Plaintiff's actual damages, consequential damages, incidental damages, compensatory damages, mental anguish damages, punitive damages, costs of court, pre-judgment interest, and post-judgment interest.

## VII. WAIVER AND ESTOPPEL

Defendants have waived and are estopped from asserting any coverage defenses, conditions, exclusions, or exceptions to coverage not contained in any reservation of rights letter to Plaintiff.

## VIII. DAMAGES

The above described acts, omissions, failures and conduct of Defendants have caused Plaintiff's damages, which include, without limitation, the cost to properly repair Plaintiff's property and any investigative and engineering fees incurred in the claim. Plaintiff is also entitled to recover consequential damages from Defendants' breach of contract. Plaintiff is also entitled to recover the amount of Plaintiff's claim plus an 18% per annum penalty on that claim against Defendants as damages under Section 542 of the Texas Insurance Code, plus prejudgment interest and attorneys fees. In an effort to comply with Rule 47(c) of the Texas Rules of Civil Procedure, Plaintiffs seek monetary relief over $100,000.00 but not more than $200,000.00. Therefore, all the damages described in this petition are within the jurisdictional limits of the Court.

## IX. ADDITIONAL DAMAGES

Defendants have also "knowingly" and "intentionally" committed deceptive trade practices and unfair insurance practices as those terms are defined in the applicable statutes. Because of Defendants' knowing and intentional misconduct, Plaintiff is entitled to additional damages as authorized by Section 17.50(b)(1) of the DTPA. Plaintiff is further entitled to the additional damages that are authorized by Section 541 of the Texas Insurance Code.

## X. EXEMPLARY DAMAGES

Defendants' above and foregoing acts and omissions, as set forth above, were done intentionally, with a conscious indifference to the rights and welfare of Plaintiff, and with "malice" as that term is defined in Chapter 41 of the Texas Civil Practice and Remedies Code. These violations by Defendants are the type of conduct which the State of Texas protects its citizen against by the imposition of exemplary damages. Therefore, Plaintiff seeks the recovery of exemplary damages in an amount to be determined by the finder of fact that is sufficient to punish Defendants for their wrongful conduct and to set an example to deter Defendants and others similarly situated from committing similar acts in the future.

## XI. ATTORNEYS' FEES

As a result of Defendants' conduct that is described in this petition, Plaintiff has been forced to retain the undersigned attorneys to prosecute this action and have agreed to pay reasonable attorneys' fees. Plaintiff is entitled to recover these attorneys' fees under Chapter 38 of the Texas Civil Practices and Remedies Code, Sections 541 and 542 of the Texas Insurance Code, and Section 17.50 of the DTPA.

## XII. JURY DEMAND

Plaintiffs asserts Plaintiff's right to a trial by jury, under Texas Constitution Article 1, Section 15, and makes this demand for a jury trial at least 30 days before the date this case is set for trial, in accordance with Texas Rule of Civil Procedure 216. Plaintiff tenders the fee of $30.00, as required by Texas Government Code Section 51.604.

## XIII. REQUEST FOR DISCLOSURE

Pursuant to Texas Rule of Civil Procedure 194.2, Plaintiff requests that Defendants disclose, within 50 days of the service of this request, the information or material described in Rule 194.2 (a) – (1).

## XIV. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein, and that upon trial hereof, said Plaintiff has and recovers such sums as would reasonably and justly compensate her in accordance with the rules of law and procedure, both as to actual damages, consequential damages, treble damages under the Texas Insurance Code and Texas Deceptive Trade Practices Act, and all punitive, additional, and exemplary damages as may be found.  In addition, Plaintiff requests the award of attorney's fees for the trial and any appeal of this case, for all costs of court, for prejudgment and post-judgment interest as allowed by law, and for any other and further relief, at law or in equity, to which she may show herself to be justly entitled.

Respectfully submitted,

**SPEIGHTS & WORRICH**
1350 North Loop 1604 E., Suite 104
San Antonio, Texas 78232
(210) 495-6789 (Telephone)
(210) 495-6790 (Facsimile)

By: _____
SHELLY ENYART
Texas State Bar No. 24068246
Shelly@speightsfirm.com

**ATTORNEY FOR PLAINTIFF**



HOME  |  AUTO  |  BUSINESS

Represented by: PK Kelley Ins. Agency, LLC 2854 W Beauregard Ave San Angelo, TX 76901-3607 325-224-8000

June 30, 2014


HELEN CHANDLER
2801 HEMLOCK DR
SAN ANGELO, TX 76904



Claim Number:      PR-0000000-058853
Loss Date:         05/07/2014
Amount of Loss:    $229.95
Deductible:        $3,286.00
Location of Loss:  SAN ANGELO, TX 76904

Dear Ms. Chandler:

We have determined that the cost to repair or replace your damaged property as a result of the above mentioned loss is $229.95. A copy of the estimate is enclosed.

Since the total amount of the loss is less than your deductible, we regret that we will be unable to pay for your damages.

If you have any questions, or if I may assist you in any way, please give me a call.

Sincerely,



KAREN SNAVELY
Claim Representative Senior
PO Box 182822
Columbus, OH 43218-2822
800-766-1853 x5716




XCC625(04/09)

EXHIBIT
A

 **State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

| CLAIM NO.: PR-0000000-0...   Reinspection ☐ | INSURED |
|---|---|
| **Policy No.:** HTX 0038248 | HELEN CHANDLER |
| **Date of Loss:** 05/07/2014   12:00 AM | 2801 HEMLOCK DR |
| **Type of Loss:** Hail | SAN ANGELO, TX, 76904 |
| **Deductible:** $3,286.00 | Home phone:  (325) 949-5642 |
| | Business phone: |
| **Year Built:**     **Cat No.:** 41 | Mobile phone: |
| **Adjuster:** Karen Snavely | Bus. Fax: |
| **Phone:** (800) 766-1853 x5716 | Contact: |
| **Email:** karen.snavely@stateauto.com | **Loss address:** 2801 HEMLOCK DR SAN ANGELO, TX, 76904 |

**Status:** Claim Opened      **Age:** 54d 08h   **Assignees:** Cunningham Lindsey US ° + 2 others
**Originated:** 06/11/2014, 1:33 PM   by  Karen Snavely (State Auto - Centralized Property Unit)

| DATES | | POLICY |
|---|---|---|
| **Created:** 06/11/2014 | **Assigned:** 06/11/2014 | **Policy Type:** |
| **Received:** 06/11/2014 | **Contacted:** 06/11/2014 | **Renewed:**      time(s) |
| **Inspected:** 06/17/2014 | **Estimated:** 06/27/2014 | **Effective from:**       to: |
| **Approved:** | **Job Started:** | |
| **Completed:** 06/27/2014 | **Closed:** | |
| **Overall risk condition:** | | |

| Coverage | Limits | Deductible | Reserve |
|---|---|---|---|
| Structure | $328,600.00 | | |
| Outbuildings/APS | $32,860.00 | | |
| Contents | $230,020.00 | | |

INITIAL LOSS REPORT

CAUSE

DAMAGES

GENERAL COMMENTS


EXHIBIT
B

State Auto Insurance Companies
518 East Broad Street
Columbus, OH 43215

**Roofplan:**



06/30/2014

Claim PR-0000000-058853

Page 2 of 25



**State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| ESTIMATE: Structure (Cunningham Lindsey - Austin, TX) | | Claim #PR-0000000-058853, HELEN CHANDLER | | | |
| Continued | | | | | |

### ROOFPLAN: Roofplan

**General Items**

General Items – Subtotal

**Roof**

Roof area: 3,315.04 SF  Squares: 33.2 SQ  Soffit: 414.50 SF
Gutters: 111.17 LF  Ridge: 64.00 LF
Valley: 0.00 LF  Hip rafter: 0.00 LF

| 1 Minimum Charge, Roofing | 1 | | $225.62 | LS | $225.62 |
| For 2 hail damaged shingles and furnace vent. | | | | | |

Roof – Subtotal

**Roof 2**

Roof area: 1,065.16 SF  Squares: 10.7 SQ  Soffit: 255.84 SF
Gutters: 53.88 LF  Ridge: 26.94 LF
Valley: 0.00 LF  Hip rafter: 0.00 LF

Roof 2 – Subtotal $0.00

**Roof 3**

Roof area: 432.96 SF  Squares: 4.3 SQ  Soffit: 88.80 SF
Gutters: 24.16 LF  Ridge: 22.50 LF
Valley: 32.58 LF  Hip rafter: 0.00 LF

Roof 3 – Subtotal $0.00

**Roof 4**

Roof area: 79.96 SF  Squares: 0.8 SQ  Soffit: 31.04 SF
Gutters: 8.34 LF  Ridge: 9.16 LF
Valley: 15.62 LF  Hip rafter: 0.00 LF

Roof 4 – Subtotal $0.00



# State Auto Insurance Companies
518 East Broad Street
Columbus, OH 43215

| Description | Quantity | Applied to | Unit Price | Per | Total Cost |
|---|---|---|---|---|---|
| ESTIMATE: Structure (Cunningham Lindsey - Austin, TX) | | | Claim #PR-0000000-058853, HELEN CHANDLER | | |
| Completed | | | | | |

**Roof 5**

Roof area: 79.96 SF   Squares: 0.8 SQ   Soffit: 31.04 SF
Gutters: 8.34 LF   Ridge: 9.16 LF
Valley: 15.62 LF   Hip rafter: 0.00 LF

| Roof 5 - Subtotal | | | | | $0.00 |
|---|---|---|---|---|---|

**Roof 6**

Roof area: 79.96 SF   Squares: 0.8 SQ   Soffit: 31.04 SF
Gutters: 8.34 LF   Ridge: 9.16 LF
Valley: 15.62 LF   Hip rafter: 0.00 LF

| Roof 6 - Subtotal | | | | | $0.00 |
|---|---|---|---|---|---|
| Roofplan - Subtotal | | | | | $225.82 |

 **State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

| ESTIMATE: Structure (Cunningham Lindsey - Austin, TX) | Claim #PR-0000000-058853, HELEN CHANDLER |
| --- | --- |
| 32: Completed | |

| | |
| --- | --- |
| Total Materials: | $52.50 |
| Total Labor: | $173.12 |
| Subtotal: | $225.62 |
| | |
| State 6.250% (applies to materials and equipment): | $3.28 |
| City 1.500% (applies to materials and equipment): | $0.79 |
| County 0.500% (applies to materials and equipment): | $0.26 |
| Estimate Subtotal: | $229.95 |
| | |
| Total Coverage Structure: | $229.95 |
| Amount Payable on Coverage Structure: | $229.95 |
| | |
| Deductible: | $(3,286.00) |
| Estimate Total: | $(3,056.05) |

Finalization

 **State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43216

## Photos:



Address - 2801 Hemlock, San Angelo, TX



Front - North Elevation

 **State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

## Photos:



Right - West Elevation



Rear - South Elevation

 **State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

## Photos:



Rear - South Elevation



Rear - South Elevation

 **State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

## Photos:



Left - East Elevation



Roof Overview - Garage - North and south slopes



**State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

## Photos:



Roof Overview - Garage - North and south slopes



Roof Overview - Main Roof - North slope



**State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

## Photos:



Roof Overview - Main Roof - North slope



Roof Overview - Main Roof - North slope



**State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

**Photos:**



Roof Overview - Main Roof - North slope



Roof Overview - Main Roof - South slope



**State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

**Photos:**



Roof Overview - Main Roof - South slope



Roof Overview - Main Roof - South slope



**State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

## Photos:



Roof Overview – Main Roof – South slope



Roof Overview – Chimney





**State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

**Photos:**



Roof Type - 35 Year Laminated Shingles



Roof Pitch - Garage Roof - 5/12 pitch

Claim PR-0000000-058853                     06/30/2014

 **State Auto Insurance Companies**
518 East Broad Street
Columbus, OH  43215

## Photos:

21



Roof Pitch - Main Roof - 8/12 pitch

22



Roof Edge - 1 layer of shingles with drip edge



**State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

**Photos:**



South Slope - Many of the hail marks subsequently identified as blistering or normal wear,



South Slope - Hail Detail

 **State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

## Photos:



South Slope - Hail Detail



North Slope - No hail damage Identified

 **State Auto Insurance Companies**
518 East Broad Street
Columbus, OH 43215

**Photos:**



Soft Metals - Hail damage to vent



Soft Metals - Wind damage to vent



### State Auto Insurance Companies
518 East Broad Street
Columbus, OH  43215

## Photos:



West Elevation - Damage due to maintenance issues, not storm related.

# STATE AUTO INSURANCE COMPANIES

Advance Request ☐
Reserve Report ☐
Payment Request ☐

**STATE AUTO CLAIM HANDLER:** Karen Snavely

**STATE AUTO POLICY NUMBER:** HTX 0038248

**INSURED:** HELEN CHANDLER

**LOSS LOCATION:** 2801 HEMLOCK DR, SAN ANGELO, TX, 76904

**CAT CODE:** 41

**TODAY'S DATE:** 06/18/2014

**DATE OF LOSS:** 05/07/2014

**DATE RECEIVED:** 06/11/2014

**DATE CONTACTED:** 06/11/2014

| COVERAGE: | | | RESERVES: |
|---|---|---|---|
| $ $328,600.00 | Structure | Ded.: $ $3,286.00 | $ $142.94 |
| $ $32,860.00 | Outbuildings/APS | Ded.: $ $0.00 | $ |
| $ $230,020.00 | Contents | Ded.: $ | $ |
| $ | | Ded.: $ | $ |

**ADJUSTMENTS/REMARKS**

ASSIGNMENT: This loss was assigned to us on 6/11/2014. We contacted Helen Chandler on 6/11/2014 to schedule an inspection. On 6/4/2014 the inspection was scheduled through the agent for 6/17/2014 at 12:00 PM. Our inspection was performed on 6/17/2014 at 12:00 PM with the insured present. We scoped all damages pointed out by the insured and all additional damages discovered by this adjuster. We obtained sufficient photos to document loss. We field sketched any necessary diagrams and measured all areas pertinent to the claim.

RISK: The risk is located at 2801 HEMLOCK DR, SAN ANGELO 76904. The risk is approximately 50 years old. The structure is a one story, single-family dwelling built on a concrete slab foundation. The exterior wall treatment is brick veneer. The roof is a gable roof with 35 year Laminated shingles, 5/12 & 8/12 pitch, installed over wood decking, 1 layers of shingles, approximately 5 years old. The roof is in poor condition. The risk appears to be in overall average condition.

CAUSE & ORIGIN: On 5/6/2014 Hail and Wind storms were in the San Angelo area. These storms caused damage to the insured's property.

INSPECTION SUMMARY: At the time of our inspection we observed hail damage to roof on the south slope. An inspection of the north slope found no storm damage. The insured requested an inspection of the east and west elevations for damage. No storm related damage was observed on these elevations, damage was due to maintenance issues.

ROOF:

North Slope: No storm related damages were observed.
South Slope: We observed scattered hail damage to this slope.

ELEVATIONS:

North: No storm related damages were observed, and the insured reported none.
South: No storm related damages were observed, and the insured reported none.
West: No storm related damages were observed.
East: No storm related damages were observed.

INTERIOR: No storm related damages were observed, and the insured reported none.

OTHER STRUCTURES: No storm related damages were observed, and the insured reported none.

PERSONAL PROPERTY: At the time of our inspection we observed no storm related damages to the contents, and the insured reported none.

ALE: At the time of our inspection we observed no requirements for additional living expenses, and the insured requested none.

SALVAGE: There is no salvage potential.

SUBROGATION: There is no subrogation potential.

RECOMENDATION:

Roof: Minimum repair to the roof of the main structure and the garage has been included in the estimate. Sufficient damage based on HAAG principles was not identified for roof replacement.

CONCLUSION: With this report, we are concluding our efforts on this claim, please advise if you need further assistance.

Depreciation of materials was based on the age and condition.

Overhead and profit considerations were given based on the complexity of the repairs required.

We have reviewed and agreed with the insured on the scope of damages and explained the claims process so they may track their claim. We have made no warranty of coverage or guarantee of payment to your insured regarding this claim.

Thank you for allowing Cunningham Lindsey to serve you on this loss.

Gary Connel
Adjuster
(512)426-8573
gconnel@cl-na.com

| ☐ Advance Request | ☐ Payment | |
|---|---|---|
| $ | Structure | Payable To: |
| $ | Outbuildings/APS | Payable To: |
| $ | Contents | Payable To: |
| $ | | Payable To: |
| **Mail To:** | | |

Subrogation: ☑ No ☐ Yes  (See Remarks)          Salvage: ☑ No ☐ Yes  (See Remarks)

ENCLOSURES:
☑ Adjuster's Estimate    ☑ Diagram          ☐ Building R/C Proof of Loss A & B
☐ Contents Estimate      ☑ Photographs      ☐ Contents R/C Proof of Loss A & B
☐ Contractors Estimate   ☐ Proof of Loss    ☐ Other:
☑ Statement of Loss

DIARY FILE TO:                              REPORT NUMBER: PR-0000000-058853

IA Adjuster Cell #: (512)426-8573

IA Adjuster Email Address: gconnel@cl-na.com

# Statement of Loss

File #

| | | |
|---|---|---|
| **Adjuster** | | |
| Karen Snavely | | 06/18/2014 |
| **Phone**     (800) 766-1853 x5716 | | |
| **Fax** | | |

| | | |
|---|---|---|
| **Insured** | HELEN CHANDLER | |
| **Loss Address** | 2801 HEMLOCK DR, SAN ANGELO, TX, 76904 | |
| **Phone Number** | (325) 949-5642 | |
| **Other Phone** | | **Ins Claim #** PR-0000000-058853 |
| **Ins Company** | State Auto – Centralized Proper... | **Date of Loss** 05/07/2014 |

## Abstract of Coverage

**Policy #** HTX 0038248                     **Effective**                    -
**Forms**
**Agency**
**Agent**

| Coverage | Description | Coverage Amt | Value Requirement | Deductible |
|---|---|---|---|---|
| | Structure | $328,600.00 | | $3,286.00 |
| | Outbuildings/APS | $32,860.00 | | |
| | Contents | $230,020.00 | | |

## Loss Recap

| Coverage | RC Loss | Depreciation | ACV Loss | Recov. Depr. | TOTAL |
|---|---|---|---|---|---|
| Structure | $142.94 | $0.00 | $142.94 | $0.00 | $0.00 |
| Outbuildings/APS | $0.00 | | $0.00 | | $0.00 |
| Contents | | | | | |
| **TOTALS** | $142.94 | $0.00 | $142.94 | $0.00 | $0.00 |

A copy of this document does not constitute a settlement of this claim.  The above figures are subject to insurance company approval.

Accepted by _____

 **State Auto Insurance Companies**
518 East Broad Street
*Columbus, OH  43215*

The previous pages are an estimate to repair the damage resulting from your recently reported loss.  Please present a copy of this estimate to the contractor of your choice prior to the start of the repairs. If they have any questions regarding the scope of repairs or unit costs on this estimate, it is IMPORTANT that they contact the State Auto claim representative handling your claim prior to initiating the repairs. We cannot honor supplements without prior authorization.

State Auto Insurance Companies advocates consumer choice, especially when concerning repairs to your property. We strongly encourage you to choose wisely when selecting a contractor. Contractors are not affiliates of State Auto Insurance Companies, and State Auto Insurance Companies do not guarantee or warrant any workmanship to your home during or after the repair process.

If you or your contractors have any questions, please feel free to contact the State Auto claim representative handling your claim and we will be happy to assist you.

This document has been electronically signed and/or
sealed in accordance with the applicable State Board
of Professional Engineering requirements.

Helen Chandler Residence
Roof Damage Assessment
2801 Hemlock Drive
San Angelo, TX  76904
Client File: PR-0000000-058853
Haag File: 0614000099-249/601

State Auto Insurance
PO Box 182822
Columbus, OH  43218

Attention: Ms. Karen Snavely

September 12, 2014





Engineering

EXHIBIT
C


Engineering

3006 Longhorn Blvd.        800.527.0166
Suite 103                  512.215.2440
Austin, Texas 78759        512 215.2781 Fax
haagengineering.com

September 12, 2014

State Auto Insurance
PO Box 182822
Columbus, OH  43218

Attention: Ms. Karen Snavely

> Re:   Helen Chandler Residence
>       Roof Damage Assessment
>       2801 Hemlock Drive
>       San Angelo, TX  76904
>       Client File: PR-0000000-058853
>       Haag File: 0614000099-249/601

Complying with your request, on August 28, 2014, we inspected the Chandler residence roof in San Angelo, Texas, to determine the extent of damage from hail and wind.

This engineering report has been written for your sole use and purpose, and only you have the authority to distribute this report to any other person, firm, or corporation. Haag Engineering Co. and its agents and employees do not have and do disclaim any contractual relationship with, or duty or obligation to, any party other than the addressee of this report and the principals for whom the addressee is acting.  Only the engineers who signed this document have the authority to change its contents and then only in writing to you.  This report addresses the results of work completed to date.  Should additional information become available, we reserve the right to amend, as warranted, any of our conclusions.

## Description

The inspected two-story, single-family, dwelling was constructed on a concrete foundation. The wood-framed dwelling faced north onto the fronting street. A two-car garage was attached at the homes west end, and metal overhead doors opened to the north. Exterior walls were clad with brick masonry and Masonite-type siding. Wood fascia, soffits, and trim were painted white. The lot was vegetated with several tall trees and shrubs. Tree limbs extended over the roof. No rain gutters were installed.

The gable-style roof was decked with solid sheathing and covered with felt underlayment and laminated-strip, asphalt composition shingles. The shingles were nailed to the deck and measured

*Forensic Engineers & Consultants Since 1924*

State Auto Insurance                                                                       Page 2
Helen Chandler Residence                                                  September 12, 2014
San Angelo, TX                                                    Haag File: 0614000099-249/601

39 inches long with 5-1/2-inch average exposure to weather. Shingles comprised fiberglass mats coated with asphalt and surfaced with a blend of brown- and tan-colored granules. Roof appurtenances consisted of plumbing vent stacks with metal boot flashings, an exhaust vent, ridge vents, and a chimney.

Prior to our inspection, we obtained a report from EagleView Technologies, Inc. (EagleView), which includes roof dimensions and areas using aerial imagery and proprietary technology. During our inspection, we verified that their dimensions were reasonably accurate. Based on their dimensions, area of the shingles totaled 4,565 square feet. Pitch of dwelling roof slopes was 9:12 and pitch of the garage roof slopes was 6:12 (vertical rise over horizontal run). The EagleView report is appended as Attachment A to this report.

## Background

Ms. Helen Chandler, the homeowner, Mr. P.K. Kelly, representative with PK Kelly Insurance Agency, and Mr. Mark Browning, formerly an adjuster with Eberls Claims Service, were present during our inspection and provided us background information. The house was built in the 1950s and Ms. Chandler had owned the property for 37 years. She told us that the roof covering was *installed in the mid-2000s and that there have been no repairs to the roof since installation.*

They told us that on May 7, 2014, a storm producing hailstones and strong winds passed over the Chandler property. Mr. P.K. Kelly mentioned that an adjuster with his firm inspected portions of the roof and found hail-related damage. Further, Mr. Browning stated that *he walked on portions of the roof and found similar damage.* Both the adjuster with PK Kelly Insurance and Mr. Browning did not walk on the main dwelling roof slopes, as the slopes were steep. Additionally, Ms. Chandler stated that the winds displaced several large tree limbs from rear trees. She told us that the damage to one tree was severe enough to warrant cutting down the tree.

## Weather Data

The National Climatic Data Center (NCDC) collects information from the National Weather Service (NWS) and publishes descriptions of weather events in its *Storm Event* database. This database is available online at *http://www.ncdc.noaa.gov/stormevents/*, and it is searchable over a specified date range. The NCDC lists weather events that are a combination of official weather observations at NWS recording sites, unofficial reports by individuals and city officials, and reports of observation teams dispatched by the NWS. It should be understood that the reports are a compilation of sighting reports, sometimes unconfirmed or from untrained observers. They are *not a substitute for site-specific observations.*

We searched the NCDC storm database for hail and wind events in Tom Green County, Texas, for the period of January 1, 2012, to May 31, 2014 (the current limit of the database). We found 35 reports of hail in this time period and 24 reports of strong winds. Reported hailstones falling during the research time period ranged from 3/4 to 1-3/4 inches in diameter. There were three hail reports on May 7, 2014, and hailstones on that date were estimated to measure 1-1/2 inches



HAAG
Engineering

State Auto Insurance                                                    Page 3
Helen Chandler Residence                              September 12, 2014
San Angelo, TX                              Haag File: 0614000099-249/601

in diameter. The nearest hail report occurred approximately 1-3/5 miles north where one-inch-diameter hailstones fell on October 18, 2013. Reports of hail on May 7, 2014, were remote from the property. Wind speeds in the wind reports ranged from 58 to 82 mph. There were five wind reports on May 7, 2014, where 82 mph winds were reported in San Angelo, Texas, approximately five miles south of the Chandler property.

## Inspection

We photographically documented representative conditions and included 56 photographs with this report. All photographs are retained in our file and are available upon your request.

We conducted a general examination of the property for evidence of hail impact and damage from strong wind forces. We found hail-caused impact marks in wood privacy fencing facing south and possible impact marks on wood privacy fencing facing west. Impact marks in the wood fencing measured up to 1/4 inch wide. (Wood impact marks result from scuffing surface grim or impacts strong enough to create an indentation and the marks tend to fade after a couple of years.) We observed one cracked vinyl beading on a north-facing window. We found that hailstones falling in the past had dented the thin-gauge metal exhaust vent, but not the steel chimney vent cap on the roof. During our inspection, Ms. Chandler and her representatives showed us removed tree limbs behind the house. We found that the tree limbs were mechanically cut off and we observed a large tree stump along the rear property line. There were no other indications of strong wind forces. Wind susceptible features such as wood fascia, wood trim, and roof appurtenances were intact. Further, we found no broken windows and none were reported to us.

The composition shingles on the north and east slopes were in fair condition with respect to weathering, as the shingles were well covered with granules and adhered to one another along their self-sealing adhesive strips. However, the shingles on the south and west slopes were in poor-to-fair condition, as they had begun to exhibit widespread granule loss due to long-term deterioration. We found tree-abraded shingles on the garage roof west end, on the main south slope, the main north slope, and on the east dormer. The shingle mats at tree-abraded shingles typically were weathered gray. We found no missing, torn, or creased shingles on the roof, particularly in wind-prone regions such as the roof corners, eaves, and rakes. Further, we found no shingles damaged by windborne debris.

We examined six test areas on the roof. Test areas covered approximately 100 square feet, and contained approximately 67 shingles. Test areas were located on roof slopes facing each cardinal direction and two test areas were on the garage roof, as the garage roof slopes had a different pitch compared to the main dwelling. In order to perform test areas on the main dwelling north and south slopes, we had to use our fall safety equipment. We closely examined each test area looking for bruises and punctures consistent with damage caused by hail impact. (A bruise is defined as a mat fracture.) We found one hail-bruised shingle in each of the garage south, main dwelling south, and main dwelling west test areas. Tabulation of our test area findings are below in Table 1.



State Auto Insurance                                         Page 4
Helen Chandler Residence                          September 12, 2014
San Angelo, TX                       Haag File: 0614000099-249/601

| Test Area | Hail-bruised shingles | Test Area | Hail-bruised shingles |
|---|---|---|---|
| Main dwelling north | 0 | Main dwelling west | 1 |
| Main dwelling south | 1 | Garage north | 0 |
| Main dwelling east | 0 | Garage south | 1 |

Table 1

Examination of shingle mats at bruised locations revealed weathered gray asphalt and the bruises were much larger than the impact marks we found in the wood privacy fencing. Additionally, we found conditions in our test areas that were unrelated to hailstone impact. For instance, we found that nails had backed out of the roof deck and worn through overlying shingles. We found numerous scuff marks (areas of localized granule loss), particularly on the south and west slopes, that did not feature a fractured reinforcing mat. Scuff marks were consistent with foot traffic, deterioration, and manufacturing irregularities. Examination of the ridge caps revealed only one possible hail-damaged ridge cap on the garage ridge.

At the end of our inspection, Ms. Chandler told us that her daughter had found wetted roof framing in the attic. We crawled in the attic space and observed wetted and rotted roof decking on the rear slope in the same location as tree-abraded shingles we found during our roof inspection. Wood rafters near the wetted roof decking appeared intact.

## Discussion

### Hail

Hailstones can damage composition shingles if they possess the necessary impact characteristics to puncture or bruise the felt reinforcing mat. Hail fracturing the reinforcing mat leads to loss of granules at the bruise over time and deterioration at the impacted point. The two most important characteristics of damaging hail are size and hardness of the hailstone. The hailstone size is a principal influence on the mass of the stone and the speed with which the hailstone impacts the roof, and therefore, the force of impact. The hailstone hardness influences the transfer of energy and its potential for damage. Hailstones striking perpendicular to the roof surface impact the surface hardest, and therefore, hailstone impact damage is usually most severe on surfaces facing the direction of the storm.

Haag Engineering Co. has performed testing for over 50 years, including simulated hail (ice ball) impact tests. Studies have included the results of long-term weathering on the impacted roof coverings. Our experience has shown that damage occurs at the time of impact, and that the damage is discernible when examined closely. There is no hidden damage from hailstone impact nor does an impacted, but otherwise undamaged shingle develop damage at a later date as it



weathers. Our impact tests and field observations have shown that for laminated strip, asphalt composition shingles which have not deteriorated badly, hailstones must be frozen solid and about 1-1/4 inches in diameter or larger before bruises and punctures are likely. Hail damage to this covering is characterized by a fractured reinforcing mat, an indentation discernible on the back side of the roofing, and sometimes granule loss at the fractured impact location.

There were limited exposed features at the Chandler property, but our inspection still revealed that hailstones falling recently were relatively small and out of the south or southwest. Examination of the shingles in our test areas revealed shingles with fractured reinforcing mats consistent with hailstone impact on the main dwelling south, main dwelling west, and garage south slopes. In these areas we counted one hail-bruised shingle per test area (one bruise per roofing square). Additionally, we found one possible hail-bruised ridge cap on the garage ridge. Shingle reinforcing mats at the bruised locations were weathered gray and the granule loss at the bruise was large which indicated that the bruises likely occurred in the distant past (prior to the May 7, 2014, storm). We found that the damaged shingles coincidentally aligned with the direction of the most recent hail fall. Weather data indicated that the nearest hail report to the property occurred on October 18, 2013, and it is possible that hailstones falling during this storm caused the damage to the shingles. There were no hail reports near the property on May 7, 2014.

Throughout the roof and within our test areas, we found a variety of scuff marks which were unrelated to hailstone impact. The sizes, distribution, and locations of the scuff marks were consistent with other causes, including foot traffic, long-term deterioration, and manufacturing irregularities. They did not display characteristics of hailstone impact damage. Further, we found numerous tree abraded shingles on the roof, particularly along the roof edges.

Regardless of the storm date, damaged shingles on the Chandler roof can be individually replaced. One method involves debonding the damaged shingle, removing nails in the damaged shingle and the one(s) above it, sliding out the damaged shingle, then replacing it with a new shingle. Roofing cement can be applied to the backside of the newly replaced shingle in order to ensure a proper bond.

<u>Wind</u>

Buildings are obstacles to wind currents and will cause changes in the direction of airflow. Redirection of the airflow results in varying magnitudes of negative and positive wind pressure over building surfaces. In general, inward-acting pressures (positive) are produced on windward surfaces, and outward-acting pressures (negative) are produced on leeward surfaces. At discontinuities in building surfaces such as wall corners, eaves, roof ridges, and roof corners, the air flow accelerates, and wind forces are greatest in these regions of the roof surface. Failure or removal of roof coverings or cladding typically initiates at edges and corners or at ridges. When a roof covering is lifted at edges like corners and eaves, wind forces that develop under the lifted roofing act to peel or tear it loose. Typically, when winds reach levels where roof covering/cladding damage occurs, roof-mounted features like ridge and exhaust vents are also displaced.



State Auto Insurance                                                    Page 6
Helen Chandler Residence                                    September 12, 2014
San Angelo, TX                                      Haag File: 0614000099-249/601

Weather data indicated winds up to 82 mph in San Angelo, Texas, on May 7, 2014, but our inspection revealed no evidence of damaging wind forces at the Chandler residence. We understand tree limbs were damaged by wind, but at the time of our inspection there was no evidence of strong wind forces at the property. Shingles on the roof, particularly in wind-prone regions, were not creased, torn, or missing. Further, we found no damage consistent with strong wind forces to the building exterior, such as broken windows, damaged wood fascia or soffits, and no debris-caused scuffs or punctures. Examination of the composition shingles revealed no wind-related damage or windborne debris impact.

Water stained and rotted decking in the attic was consistent with rainwater entering at tree-abraded shingles on the south slope. Rotted decking and weathered abrasions on shingles in the corresponding area indicated that this condition had been present for a long time.

## Conclusions

Based on our inspection and the information discussed above, we have reached the following conclusions:

1. Hail that recently fell at this site was relatively small and out of the south or southwest.

2. Shingles on the Chandler residence roof had bruises consistent with hailstone impact. The damage appeared old and likely occurred prior to May 7, 2014.   It is possible that hailstones falling on October 18, 2013, caused the damage. Refer to Table 1 for our tabulation of the damage.

3. Composition shingles were not damaged by wind.

Respectfully submitted,

**HAAG ENGINEERING CO.**

Haag Engineering Co.                                   Sampson Quang Nguyen, E.I.T.
CA F-311                                               Texas Certificate 44769
Expires: 06/30/15

PAUL REED WILLIAMS
87084
LICENSED

                                                      Paul Reed Williams, P.E.
                                                      Texas License 87084

SQN/PRW:tee



Attachments



Attachment A



**Haag Engineering CO.**

**Premium Report**
August 19, 2014

### 2801 Hemlock Dr, San Angelo, TX 76904-6112



In this 3D model, facets appear as semi-transparent to reveal overhangs.

**Report Details**

Report:9284879
Job: 0614000099/Chandler

**Roof Details**

Total Roof Area =4,565 sq ft
Total Roof Facets =12
Predominant Pitch =9/12
Number of Stories <=1
Total Ridges/Hips =133 ft
Total Valleys =69 ft
Total Rakes =210 ft
Total Eaves =203 ft

**Report Contents**

Images............................................1
Length Diagram..............................4
Pitch Diagram.................................5
Area Diagram..................................6
Notes Diagram ...............................7
Report Summary ............................8
Detailed Length Appendix............9

Contact:      Tambra Eliason
Company:    Haag Engineering CO.
Address:      4949 W Royal Ln
                   Irving  TX 75063
Phone:        512-215-2440

Measurements provided by www.eagleview.com



 Certified Accurate

www.eagleview.com/Guarantee.aspx

This document is provided under License by EagleView Technologies to the requestor for their internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services.

It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright © 2008-2014 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

2801 Hemlock Dr, San Angelo, TX 76904-6112                                            August 19, 2014

## Images
The following aerial images show different angles of this structure for your reference.

Top View



This document is provided under license by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All resale and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright © 2008 -2014 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,200,152; 8,515,125. Other Patents Pending.

2801 Hemlock Dr, San Angelo, TX 76904-6112                                                    August 19, 2014

North Side



South Side





Report: 9284879
Job:
0614000099/Chandler

Haag Engineering CO.

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for one of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright © 2008 - 2014 EagleView Technologies, Inc. -- All Rights Reserved. -- Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

2801 Hemlock Dr, San Angelo, TX 76904-6112                                    August 19, 2014

East Side



West Side





Report: 9284879
Job:
0614000099/Chandler

Haag Engineering CO.

This document is provided under License by EagleView Technologies to the requestor for their internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright © 2008-2014 EagleView Technologies, Inc. — All Rights Reserved — Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

Page 3

2801 Hemlock Dr, San Angelo, TX 76904-6112                          August 19, 2014

**Length Diagram**

| Total Line Lengths: | Valleys = 69 ft | Flashing = 24 ft |
| **Ridges = 133 ft** | Rakes = 210 ft | Step flashing = 80 ft |
| Hips = 0 ft | Eaves = 203 ft | **Parapets = 0 ft** |



Note: This diagram contains segment lengths (rounded to the nearest whole number) over 5 feet. In some cases, segment labels have been removed for readability. Plus signs preface some numbers to avoid confusion when rotated (e.g. +6 and +9). Refer to the Detailed Length Diagram, in the Appendix at the end of this report, for more details



| Report: 9284879 |
| Job: 0614000099/Chandler |

Haag Engineering CO.

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and funding of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright © 2008-2014 EagleView Technologies, Inc. — All Rights Reserved — Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 9,515,125. Other Patents Pending.

2801 Hemlock Dr, San Angelo, TX 76904-6112                                    August 19, 2014

## Pitch Diagram

Pitch values are shown in inches per foot, and arrows indicate slope direction. The predominant pitch on this roof is 9/12.



© 2014 EagleView Technologies, Inc.

Note: This diagram contains labeled pitches for facet areas larger than 20 square feet. In some cases, pitch labels have been removed for readability. Blue shading indicates a pitch of 3/12 and greater.



Haag Engineering CO.

Report: 9284879
Job:
0614000099/Chandler

This document is provided under License by EagleView Technologies to the requester for their Internal Use Only subject to the terms and conditions previously agreed to by the requester when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requester's company. Any reproduction or distribution to anyone outside of the requester's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requester.

Copyright © 2008- 2014 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos.
8,076,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

2801 Hemlock Dr, San Angelo, TX 76904-6112                                      August 19, 2014

## Area Diagram
Total Area = 4,565 sq ft, with 12 facets.

437

45
45

45
1542 45

45
45

437

1582

148   148

N
W ← → E
S

Note: This diagram shows the square feet of each roof facet (rounded to the nearest foot). The total area in square feet, at the top of this page, is based on the non-rounded values of each roof facet (rounded to the nearest square foot after being totaled).



Report: 9284879
Job:
0614000099/Chandler

Haag Engineering CO.

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright © 2008- 2014 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 9,209,152; 9,515,125. Other Patents Pending.

© 2014 EagleView Technologies, Inc.

2801 Hemlock Dr, San Angelo, TX 76904-6112                                    August 19, 2014

## Notes Diagram
Roof facets are labeled from smallest to largest (A to Z) for easy reference.

Report: 9284879
Job:
0614000099/Chandler

Haag Engineering CO.

Copyright © 2008- 2014 EagleView Technologies, Inc. — All Rights Reserved — Covered by U.S. Patent Nos.
8,078,436; 9,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.                    Page 7

2801 Hemlock Dr, San Angelo, TX 76904-6112                                    August 19, 2014

## Report Summary

Below is a measurement summary using the values presented in this report.

### Areas per Pitch

| Roof Pitches | 6/12 | 9/12 |
|---|---|---|
| Area (sq ft) | 874.4 | 3690.5 |
| % of Roof | 19.2% | 80.8% |

The table above lists each pitch on this roof and the total area and percent (both rounded) of the roof with that pitch.

### Waste Calculation Table

| Waste % | 0% | 10% | 12% | 15% | 17% | 20% | 22% |
|---|---|---|---|---|---|---|---|
| Area (sq ft) | 4,565 | 5,022 | 5,113 | 5,250 | 5,341 | 5,478 | 5,569 |
| Squares | 45.6 | 50.2 | 51.1 | 52.5 | 53.4 | 54.8 | 55.7 |

This table shows the total roof area and squares (rounded to the nearest decimal) based upon different waste percentages. The waste factor is subject to the complexity of the roof, individual roofing techniques and your experience. Please consider this when calculating appropriate waste percentages. Note that only roof area is included in these waste calculations. Additional materials needed for ridge, hip, valley, and starter lengths are not included.



Total Roof Facets = 12

**Lengths, Areas and Pitches**
Ridges = 133 ft (6 Ridges)
Hips = 0 ft (0 Hips).
Valleys = 69 ft (8 Valleys)
Rakes* = 210 ft (16 Rakes)
Eaves/Starter** = 203 ft (17 Eaves)
Drip Edge (Eaves + Rakes) = 413 ft (33 Lengths)
Parapet Walls = 0 (0 Lengths).
Flashing = 24 ft (9 Lengths)
Step flashing = 80 ft (8 Lengths)
Total Area = 4,565 sq ft
Predominant Pitch = 9/12

**Property Location**
Longitude = -100.4756990
Latitude = 31.4259420
**Notes**
This was ordered as a residential property. There were no changes to the structure in the past four years.

## Online Maps

Online map of property
http://maps.google.com/maps?f=g&source=s_q&hl=en&geocode=&q=2801+Hemlock+Dr,San+Angelo,TX,76904-6112
Directions from Haag Engineering CO, to this property
http://maps.google.com/maps?f=d&source=s_d&saddr=4949+W+Royal+Ln,Irving,TX,75063&daddr=2801+Hemlock+Dr,San+Angelo,TX,76904-6112

---

\*   Rakes are defined as roof edges that are sloped (not level).
\*\*  Eaves are defined as roof edges that are not sloped and level.


EagleView

Report: 9284879
Job:
0614000099/Chandler

Haag Engineering CO.

This document is provided under License by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when duly registered for one of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and knowing of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright © 2008- 2014 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

2801 Hemlock Dr, San Angelo, TX 76904-6112                                   August 19, 2014

## Appendix: Detailed Length Diagram
Top Left Corner of the Length Diagram



© 2014 EagleView Technologies, Inc.



Report: 9284879
Job:
06140000099/Chandler

Haag Engineering CO.

This document is provided under license by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright © 2008- 2014  EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125, Other Patents Pending.

## Appendix: Detailed Length Diagram
**Top Right Corner of the Length Diagram**



© 2014 EagleView Technologies, Inc.

This document is provided under license by EagleView Technologies to the requestor for their internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright © 2008- 2014 EagleView Technologies, Inn. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.



August 19, 2014

## Appendix: Detailed Length Diagram
*Bottom Left Corner of the Length Diagram*

© 2014 EagleView Technologies, Inc.

This document is provided under license by EagleView Technologies to the requester for their internal Use Only subject to the terms and conditions previously agreed to by the requester when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requester.

Copyright © 2008- 2014 EagleView Technologies, Inc. -- All Rights Reserved -- Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

2801 Hemlock Dr, San Angelo, TX 76904-6112

## Appendix: Detailed Length Diagram
### Bottom Right Corner of the Length Diagram



© 2014 EagleView Technologies, Inc.

Report: 9284879
Job: 0614000099/Chandler

Haag Engineering CO.

This document is provided under license by EagleView Technologies to the requestor for their Internal Use Only subject to the terms and conditions previously agreed to by the requestor when they registered for use of EagleView Technologies Services. It remains the property of EagleView Technologies and may be reproduced and distributed only within the requestor's company. Any reproduction or distribution to anyone outside of the requestor's company without EagleView's prior written permission is strictly prohibited. All aspects and handling of this report are subject to the Terms and Conditions previously agreed to by the requestor.

Copyright © 2008- 2014 EagleView Technologies, Inc. – All Rights Reserved – Covered by U.S. Patent Nos. 8,078,436; 8,145,578; 8,170,840; 8,209,152; 8,515,125. Other Patents Pending.

Attachment B



9/5/2014                    Storm Events Database - Search Results | National Climatic Data Center

NCDC > Storm Events Database (Select State) > (Select Date/County/Event)

Storm Events Database                    **Storm Events Database**

Data Access                              **Search Results for Tom Green County, Texas**
  Search
  Bulk Data Download (CSV)               35 events were reported between 01/01/2012 and 05/31/2014 (882 days)
  Storm Data Publication
Documentation                            Summary Info:
  Database Details
  Version History
  Storm Data FAQ
  NOAA's NWS Documentation
  Tornado EF Scale
External Resources
  NOAA's SPC Reports
  NOAA's SPC WCM Page
  NOAA's NWS Damage
  Assessment Toolkit
  ESRI/FEMA Civil Air Patrol
  Images
  SHELDUS
  USDA Cause of Loss Data

| Summary Info: | |
|---|---|
| Number of County/Zone areas affected: | 1 |
| Number of Days with Event: | 11 |
| Number of Days with Event and Death: | 0 |
| Number of Days with Event and Death or Injury: | 0 |
| Number of Days with Event and Property Damage: | 0 |
| Number of Days with Event and Crop Damage: | 0 |
| Number of Event Types reported: | 1 |

**Column Definitions:**
'Mag': Magnitude, 'Dth': Deaths, 'Inj': Injuries, 'PrD': Property Damage, 'CrD': Crop Damage

*Click on Location below to display details.*
*Available Event Types have changed over time. Please refer to the Database Details for more information.*

Data Export: (current results)

Filter: [All Hail ▼]                                        Sort By: [Date/Time (Oldest) ▼]

| Location | County/Zone | St. | Date | Time | T.Z. | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals:** | | | | | | | | 0 | 0 | 0.00K | 0.00K |
| SAN ANGELO | TOM GREEN CO. | TX | 03/08/2012 | 23:01 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| GOODFELLOW AFB | TOM GREEN CO. | TX | 05/07/2012 | 12:26 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| TANKERSLY ARPT | TOM GREEN CO. | TX | 05/07/2012 | 12:37 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| (S)TMATHIS FLD SAN | TOM GREEN CO. | TX | 05/07/2012 | 12:44 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| TANKERSLY | TOM GREEN CO. | TX | 05/07/2012 | 12:45 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| (S)TMATHIS FLD SAN | TOM GREEN CO. | TX | 05/07/2012 | 12:45 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| GOODFELLOW AFB | TOM GREEN CO. | TX | 05/07/2012 | 13:06 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| WALL | TOM GREEN CO. | TX | 05/07/2012 | 13:14 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| WALL | TOM GREEN CO. | TX | 05/07/2012 | 13:21 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| CARLSBAD | TOM GREEN CO. | TX | 10/13/2012 | 16:33 | CST-6 | Hail | 0.88 in. | 0 | 0 | 0.00K | 0.00K |
| SAN ANGELO RES | TOM GREEN CO. | TX | 10/13/2012 | 17:25 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| (S)TMATHIS FLD SAN | TOM GREEN CO. | TX | 10/13/2012 | 18:35 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| CHRISTOVAL | TOM GREEN CO. | TX | 10/13/2012 | 19:40 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| CHRISTOVAL | TOM GREEN CO. | TX | 10/13/2012 | 20:00 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| PECAN STATION | TOM GREEN CO. | TX | 02/10/2013 | 00:01 | CST-6 | Hail | 1.75 in. | 0 | 0 | 0.00K | 0.00K |
| SAN ANGELO RES | TOM GREEN CO. | TX | 03/09/2013 | 15:45 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| HARRIET | TOM GREEN CO. | TX | 04/18/2013 | 01:35 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| CARLSBAD | TOM GREEN CO. | TX | 05/01/2013 | 19:15 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| SAN ANGELO RES | TOM GREEN CO. | TX | 05/01/2013 | 19:25 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| TOM GREEN CO. | TOM GREEN CO. | TX | 06/05/2013 | 18:38 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| TOM GREEN CO. | TOM GREEN CO. | TX | 06/05/2013 | 19:00 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| SAN ANGELO RES | TOM GREEN CO. | TX | 10/18/2013 | 18:53 | CST-6 | Hail | 1.00 in. | 0 | 0 | 0.00K | 0.00K |
| SAN ANGELO | TOM GREEN CO. | TX | 10/18/2013 | 19:02 | CST-6 | Hail | 0.75 in. | 0 | 0 | 0.00K | 0.00K |
| TANKERSLY | TOM GREEN CO. | TX | 05/07/2014 | 19:19 | CST-6 | Hail | 1.25 in. | 0 | 0 | 0.00K | 0.00K |
| (S)TMATHIS FLD SAN | TOM GREEN CO. | TX | 05/07/2014 | 19:26 | CST-6 | Hail | 1.50 in. | 0 | 0 | 0.00K | 0.00K |

9/5/2014                          Storm Events Database - Search Results | National Climatic Data Center

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| (S)TIMATHIS FLD SAN | TOM GREEN CO. | TX | 05/07/2014 | 19:30 | CST-6 | Hail | 0.88 In. | 0 | 0 | 0.00K | 0.00K |
| WATER VLY | TOM GREEN CO. | TX | 05/26/2014 | 19:45 | CST-6 | Hail | 1.75 In. | 0 | 0 | 0.00K | 0.00K |
| CARLSBAD | TOM GREEN CO. | TX | 05/26/2014 | 20:17 | CST-6 | Hail | 1.00 In. | 0 | 0 | 0.00K | 0.00K |
| CARLSBAD | TOM GREEN CO. | TX | 05/26/2014 | 20:17 | CST-6 | Hail | 1.75 In. | 0 | 0 | 0.00K | 0.00K |
| CARLSBAD | TOM GREEN CO. | TX | 05/26/2014 | 20:22 | CST-6 | Hail | 1.75 In. | 0 | 0 | 0.00K | 0.00K |
| CARLSBAD | TOM GREEN CO. | TX | 05/26/2014 | 20:30 | CST-6 | Hail | 1.75 In. | 0 | 0 | 0.00K | 0.00K |
| SAN ANGELO | TOM GREEN CO. | TX | 05/26/2014 | 20:46 | CST-6 | Hail | 1.00 In. | 0 | 0 | 0.00K | 0.00K |
| SAN ANGELO | TOM GREEN CO. | TX | 05/26/2014 | 20:47 | CST-6 | Hail | 1.75 In. | 0 | 0 | 0.00K | 0.00K |
| SAN ANGELO | TOM GREEN CO. | TX | 05/26/2014 | 20:48 | CST-6 | Hail | 1.00 In. | 0 | 0 | 0.00K | 0.00K |
| SAN ANGELO | TOM GREEN CO. | TX | 05/26/2014 | 20:49 | CST-6 | Hail | 1.00 In. | 0 | 0 | 0.00K | 0.00K |
| Totals: | | | | | | | | 0 | 0 | 0.00K | 0.00K |

Privacy Policy | FOIA | Information Quality | Disclaimer | Contact Us



Home   Contact Us   About NCDC   Help

NCDC > Storm Events Database (Select State) > (Select Date/County/Event)

Storm Events Database

**Data Access**
  Search
  Bulk Data Download (CSV)
  Storm Data Publication
**Documentation**
  Database Details
  Version History
  Storm Data FAQ
  NOAA's NWS Documentation
  Tornado EF Scale
**External Resources**
  NOAA's SPC Reports
  NOAA's SPC WCM Page
  NOAA's NWS Damage
  Assessment Toolkit
  ESRI/FEMA Civil Air Patrol
  Images
  SHELDUS
  USDA Cause of Loss Data

# Storm Events Database

## Search Results for Tom Green County, Texas

**Event Types:** High Wind, Marine High Wind, Marine Strong Wind, Marine Thunderstorm Wind, Strong Wind, Thunderstorm Wind

**Tom Green county contains the following zones:**
'Tom Green'

24 events were reported between 01/01/2012 and 05/31/2014 (882 days)

### Summary Info:

| | |
|---|---|
| Number of County/Zone areas affected: | 2 |
| Number of Days with Event: | 13 |
| Number of Days with Event and Death: | 0 |
| Number of Days with Event and Death or Injury: | 0 |
| Number of Days with Event and Property Damage: | 0 |
| Number of Days with Event and Crop Damage: | 0 |
| Number of Event Types reported: | 2 |

**Data Export:** (current results)



**Column Definitions:**
'Mag': Magnitude, 'Dth': Deaths, 'Inj': Injuries, 'PrD': Property Damage, 'CrD': Crop Damage

**Wind Magnitude Definitions:**
Measured Gust:'MG', Estimated Gust:'EG', Measured Sustained:'MS', Estimated Sustained:'ES'

*Click on Location below to display details.*
*Available Event Types have changed over time. Please refer to the <u>Database Details</u> for more information.*

Filter: [All Wind Speeds ▼]                    Sort By: [Date/Time (Oldest) ▼]

| Location | County/Zone | St. | Date | Time | T.Z. | Type | Mag | Dth | Inj | PrD | CrD |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Totals:** | | | | | | | | 0 | 0 | 0.00K | 0.00K |
| WALL | TOM GREEN CO. | TX | 05/10/2012 | 11:34 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| VERIBEST | TOM GREEN CO. | TX | 05/10/2012 | 11:50 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| WALL | TOM GREEN CO. | TX | 05/10/2012 | 11:54 | CST-6 | Thunderstorm Wind | 65 kts. EG | 0 | 0 | 0.00K | 0.00K |
| TWIN BUTTES RES | TOM GREEN CO. | TX | 07/09/2012 | 16:17 | CST-6 | Thunderstorm Wind | 65 kts. EG | 0 | 0 | 0.00K | 0.00K |
| TANKERSLY | TOM GREEN CO. | TX | 07/25/2012 | 18:15 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 0.00K | 0.00K |
| WALL | TOM GREEN CO. | TX | 08/12/2012 | 21:16 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| WALL | TOM GREEN CO. | TX | 08/12/2012 | 21:47 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| TOM GREEN (ZONE) | TOM GREEN (ZONE) | TX | 02/25/2013 | 11:50 | CST-6 | High Wind | 60 kts. MG | 0 | 0 | 0.00K | 0.00K |
| TOM GREEN (ZONE) | TOM GREEN (ZONE) | TX | 02/25/2013 | 12:22 | CST-6 | High Wind | 53 kts. MG | 0 | 0 | 0.00K | 0.00K |
| SAN ANGELO | TOM GREEN CO. | TX | 04/18/2013 | 01:25 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| WALL | TOM GREEN CO. | TX | 04/18/2013 | 01:30 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| CARLSBAD | TOM GREEN CO. | TX | 05/23/2013 | 22:05 | CST-6 | Thunderstorm Wind | 55 kts. EG | 0 | 0 | 0.00K | 0.00K |
| TOM GREEN CO. | TOM GREEN CO. | TX | 06/05/2013 | 18:38 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 0.00K | 0.00K |
| TOM GREEN CO. | TOM GREEN CO. | TX | 06/17/2013 | 22:26 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| TANKERSLY | TOM GREEN CO. | TX | 08/23/2013 | 14:45 | CST-6 | Thunderstorm Wind | 52 kts. EG | 0 | 0 | 0.00K | 0.00K |
| WALL | TOM GREEN CO. | TX | 10/13/2013 | 07:25 | CST-6 | Thunderstorm Wind | 53 kts. MG | 0 | 0 | 0.00K | 0.00K |
| TANKERSLY | TOM GREEN CO. | TX | 05/07/2014 | 19:19 | CST-6 | Thunderstorm Wind | 61 kts. MG | 0 | 0 | 0.00K | 0.00K |
| (S.)TOMATHIS FLD SAN | TOM GREEN CO. | TX | 05/07/2014 | 19:22 | CST-6 | Thunderstorm Wind | 71 kts. MG | 0 | 0 | 0.00K | 0.00K |

9/8/2014                          Storm Events Database - Search Results | National Climatic Data Center

| (S.)TIMATHIS FLD SAN | TOM GREEN CO. | TX | 05/07/2014 | 19:25 | CST-6 | Thunderstorm Wind | 65 kts. EG | 0 | 0 | 0.00K | 0.00K |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SAN ANGELO | TOM GREEN CO. | TX | 05/07/2014 | 19:30 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 0.00K | 0.00K |
| HARRIET | TOM GREEN CO. | TX | 05/07/2014 | 19:48 | CST-6 | Thunderstorm Wind | 61 kts. EG | 0 | 0 | 0.00K | 0.00K |
| SAN ANGELO RES | TOM GREEN CO. | TX | 05/26/2014 | 20:53 | CST-6 | Thunderstorm Wind | 56 kts. EG | 0 | 0 | 0.00K | 0.00K |
| WALL | TOM GREEN CO. | TX | 05/26/2014 | 21:09 | CST-6 | Thunderstorm Wind | 53 kts. MG | 0 | 0 | 0.00K | 0.00K |
| **Totals:** | | | | | | | | 0 | 0 | 0.00K | 0.00K |

Privacy Policy | FOIA | Information Quality | Disclaimer | Contact Us

 Ready

Attachment B – Weather Data



Google imagery with reported hail fall locations based on the latitude/longitude coordinates provided in the reports.



The nearest report in the research timeframe was 1-3/5 miles north where one-inch-diameter stones reportedly fell on October 18, 2013.



The next nearest report was on May 26, 2014, where 1-3/4 inch diameter hailstones reportedly fell 2-1/4 miles northeast.

# Photographs



Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



1.  Property front (north) elevation.



2.  Tree abraded shingles at the roof northeast corner.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



3. 



4. Building east elevation.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



5. Peeled paint on the masonite-type siding.



6. Roof main north slope.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



7. Garage at the building west end.



8. Building west elevation.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



9. Panoramic view (1 of 2) of the property rear (south) elevation.



10. Panoramic view (2 of 2) of the property rear (south) elevation.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



11. Tree on the rear elevation that was removed after the storm.



12. Roof main rear slope.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



13. Wood privacy fencing facing south showed impact marks measuring up to 1/4 inch wide.



14. Wood privacy fencing facing west showed possible impact marks measuring less than 1/4 inch wide.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



15. Wood privacy fencing facing north showed no hail-caused impact marks.



16. Wood privacy fencing facing east showed no hail-caused impact marks.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



17.  Panoramic view (1 of 2) of the garage roof, photographer facing east.



18.  Panoramic view (2 of 2) of the garage roof, photographer facing east.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



19. Shingles measured 39 inches wide with 5 1/2 inch exposure to weather.



20. Tree abraded shingles on the garage south slope.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



21. C[illegible] the area of the tree attached shingles on the south slope. Note the black
reinforcing mat.



22. Garage south test area.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



23. Chipped shingle edge in the south test area. Note the shingle mat in the area of the chip
was intact.



24. Surface anomaly in the south test area was not coincident with a fractured reinforcing
mat.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



25. Surface anomaly shown in the previous photograph aligned with a nail fastener.



26. Surface anomaly in the south test area was coincident with a fractured reinforcing mat.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



27. Garage north test area.



28. Surface anomaly in the north test area was not coincident with a fractured reinforcing mat.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



29.  Tree abraded shingles on the garage north slope.



30.  Garage ridge.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



31.  Ridge cap with granule loss and a soft spot.



32.  Panoramic view (1 of 4) of the main roof slopes, photographer facing west.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



33.  Panoramic view (2 of 4) of the main roof slopes, photographer facing west.



34.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



35. Panoramic view (1 of 2) of the east test area.



36. Panoramic view (1 of 2) of the west test area.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



37.  Panoramic view (2 of 2) of the west test area.



38.  Surface anomaly in the west test area was not coincident with a fractured reinforcing mat.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



39. ████████████████████████████████████████████████████████



40. Surface anomaly in the west test area was coincident with a fractured reinforcing mat.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



41. East test area.



42. South test area.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



43. _____ mat.



44.  Dents in metal exhaust vent.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



45. Chimney vent cap was not dented.



46. Tree abraded shingles on the front slope east dormer.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



47. Roofing cement on the roof in the opening.



48. North test area.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



49. [illegible] area with [illegible] cing mat.



50. Roof main ridge.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



51. Surface anomaly in the ridge cap.



52. Removed tree limb on the rear elevation.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



53. Close up of the removed tree limb abrading a shingle tab.



54. Tree abraded shingles on the rear slope west end.

Helen Chandler Residence
San Angelo, Texas
Haag File: 0614000099-249/601



55. Another view of the tree abraded shingles on the rear slope west end.



56. Rotted decking beneath the tree abraded shingles.