UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| HELEN CHANDLER<br>　　Plaintiff,<br><br>vs.<br><br>STATE AUTO PROPERTY & CASUALTY<br>INSURANCE COMPANY, KAREN<br>SNAVELY, AND GARY CONNEL<br>　　Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | 6:15-cv-00059-C<br>Civil Action Number |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Helen Chandler, Plaintiff in the above-entitled and numbered cause, and states to the Court that the Parties have come to a resolution and Plaintiff moves this Court to dismiss this cause against Defendants, State Auto Property & Casualty Insurance Company, Karen Snavely and Gary Connel with prejudice at the cost of the party incurring the same.

Respectfully submitted,

*/s/ Ben R. Crowell*
Ben R. Crowell
State Bar No. 24087360
Speights & Worrich
1350 North Loop 1604 E., Suite 104
San Antonio, Texas 78232
Tel: 210/495-6789
Fax: 210/495-6790
Email: bcrowell@speightsfirm.com

ATTORNEY FOR PLAINTIFF,
HELEN CHANDLER

/s/ Alicia Murphy
Sterling Elza
Attorney-In-Charge
State Bar No. 24026823
Alicia Murphy
State Bar No. 24095005
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905
Telephone: (817) 332-1391
Facsimile: (817) 870-2427
Email: selza@browndean.com
       amurphy@browndean.com

**ATTORNEY FOR DEFENDANT,
STATE AUTO PROPERTY &
CASUALTY INSURANCE COMPANY
KAREN SNAVELY AND
GARY CONNEL**

## CERTIFICATE OF SERVICE

I do hereby certify that on this the ___ day of January, 2016, a true and correct copy of the above and foregoing instrument was forward to all parties by and through their respective attorneys of record and the original was promptly filed with the District Clerk's office of this division.

       /s/ Alicia Murphy
       Sterling Elza/Alicia Murphy