UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
SAN ANGELO DIVISION

| | | |
|---|---|---|
| HELEN CHANDLER<br>Plaintiff, | § § § | |
| vs. | § § | 6:15-cv-00059-C<br>Civil Action Number |
| STATE AUTO PROPERTY & CASUALTY<br>INSURANCE COMPANY, KAREN<br>SNAVELY, AND GARY CONNEL<br>Defendant. | § § § § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

ON this the 27th day of January, 2016, came on to be heard the above and foregoing Agreed Motion of Dismissal with Prejudice, and the Court having considered said Motion, and being of the opinion that the same should be granted; It is accordingly,

ORDERED, ADJUDGED and DECREED by the Court that Plaintiff Helen Chandler's, claims and causes of action against Defendants, **State Auto Property & Casualty Insurance Company, Karen Snavely and Gary Connel**, be, and the same are hereby dismissed, with prejudice and at the cost of party incurring same.

SIGNED this 27th day of January, 2016.

_____
Judge Presiding

APPROVED:

**SPEIGHTS & WORRICH**

By: [signature]
Ben R. Crowell
State Bar No. 24087360
Speights & Worrich
1350 North Loop 1604 E., Suite 104
San Antonio, Texas 78232
Tel: 210/495-6789
Fax: 210/495-6790
Email: bcrowell@speightsfirm.com

**Attorney for Plaintiff**


**BROWN, DEAN, WISEMAN, PROCTOR, HART & HOWELL, LLP**

By: /s/ Alicia Murphy
Sterling Elza
Attorney-In-Charge
State Bar No. 24026823
Alicia Murphy
State Bar No. 24095005
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905
Telephone: (817) 332-1391
Facsimile: (817) 870-2427
Email: selza@browndean.com
amurphy@browndean.com

**Attorney for Defendants**